

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
CRISTINA SILVA
Assistant United States Attorneys
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00381-PMP-GWF |
| PLAINTIFF, ) | |
| VS. ) | **Motion to Unseal** |
| SEBASTIAN PAULIN, M.D., ) | |
| DEFENDANT. ) | |

The United States, by the undersigned, respectfully moves the Court for an order unsealing the Indictment in this case prior to the defendants' initial appearance and arraignment. In support of this motion, the United States states as follows:

1. On October 26, 2011, the federal grand jury returned an eleven count indictment against the defendant alleging drug distribution, money laundering and structuring transactions to evade reporting requirements. The Court issued an arrest warrant for the defendant. The Court also sealed the indictment upon motion of the United States.

2. On November 2, 2011, pursuant to the arrest warrant, case agents arrested the defendant. The United States anticipates that he will make his initial appearances on the charges in the indictment today (November 2, 2011).

. . .

4.      The United States respectfully submits that because the defendant has been arrested, the need for sealing has disappeared. It seeks an Order from the Court unsealing the indictment forthwith, in advance of the defendant's initial appearance.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

_____
CRANE M. POMERANTZ
Assistant United States Attorney

Dated: November 2, 2011.

**SO ORDERED**:

_____
United States Magistrate Judge

11-2-11
Date