

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-381-JCM-GWF |
| SEBASTIAN M. PAULIN, JR., M.D., | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that defendant SEBASTIAN M. PAULIN, JR., M.D., pled guilty to Counts One and Eleven of an Eleven-Count Superseding Indictment charging him in Count One with Distribution of Controlled Substances in violation of Title 21, United States Code, Section 841(a)(1) and in Count Eleven with Structuring Transactions to Evade Reporting Requirements in violation of Title 31, United States Code, Section 5324(a)(1). Superseding Indictment, ECF No. 29; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant SEBASTIAN M. PAULIN, JR., M.D., agreed to the forfeiture of the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Superseding Indictment. Superseding Indictment, ECF No. 29; Bill of Particulars, ECF No. 112; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Bill of Particulars,

///

and the Forfeiture Allegations of the Superseding Indictment and the offenses to which defendant SEBASTIAN M. PAULIN, JR., M.D., pled guilty:

The following asset is (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violations of Title 21, United States Code, Section 841(a)(1); (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of Title 21, United States Code, Section 841(a)(1); and (3) all property, real or personal, involved in violations of Title 31, United States Code, Sections 5313(a) and 5324(a)(3), or any conspiracy to commit such violation, and any property traceable thereto, and is subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2) and Title 31, United States Code, Section 5317(c)(1):

1. $1,313,407.48 in United States Currency ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of SEBASTIAN M. PAULIN, JR., M.D., in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that after the property is forfeited in the criminal case and the Final Order of Forfeiture is entered, within a practicable time thereafter for the United States, the United States agrees to release to SEBASTIAN M. PAULIN, JR., M.D., one payment of $300,000 in United States Currency, from the funds seized from Wells Fargo

account number -8961 on August 31, 2011, less any debt owed to the United States, any agency of the United States, or any debt in which the United States is authorized to collect, through William Gamage, Gamage & Gamage.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that SEBASTIAN M. PAULIN, JR., M.D., fill out the Department of the United States Treasury Automated Clearing House ("ACH") form accurately and correctly and submit it to the United States Attorney's Office so that the payment of the money can be disbursed by electronic fund transfer.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the $300,000 in United States Currency may be offset by any debt SEBASTIAN M. PAULIN, JR., M.D., owes to the United States, any agency of the United States, or any debt in which the United States is authorized to collect.

DATED this 14th day of Sept, 2015.

UNITED STATES DISTRICT JUDGE