

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-381-JCM-(GWF) |
| SEBASTIAN M. PAULIN, JR., M.D., | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 31, United States Code, Section 5317(c)(1) based upon the plea of guilty by defendant SEBASTIAN M. PAULIN, JR., M.D. to the criminal offenses, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Superseding Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant SEBASTIAN M. PAULIN, JR., M.D. pled guilty. Superseding Indictment, ECF No. 29; Bill of Particulars, ECF No. 112; Change of Plea, ECF No. 134; Plea Agreement, ECF No. 135; Preliminary Order of Forfeiture, ECF No. 136.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 23, 2015, through October 22, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 137.

1     This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

    This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1), (a)(2), and (n)(7); and Title 31, United States Code, Section 5317(c)(1) and shall be disposed of according to law:

    $1,313,407.48 in United States Currency.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that after the property is forfeited in the criminal case and this Final Order of Forfeiture is entered, within a practicable time thereafter for the United States, the United States agrees to release to SEBASTIAN M. PAULIN, JR., M.D., one payment of $300,000 in United States Currency, from the funds seized from Wells Fargo account number -8961 on August 31, 2011, less any debt owed to the United States, any agency of the United States, or any debt in which the United States is authorized to collect, through William Gamage, Gamage & Gamage.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that SEBASTIAN M. PAULIN, JR., M.D., fill out the Department of the United States Treasury Automated Clearing House ("ACH") form accurately and correctly and submit it to the United States Attorney's Office so that the payment of the money can be disbursed by electronic fund transfer.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the $300,000 in United States Currency may be offset by any debt SEBASTIAN M. PAULIN, JR., M.D., owes to the United States, any agency of the United States, or any debt in which the United States is authorized to collect.

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 14th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE