Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR EARLY TERMINATION FROM SUPERVISED RELEASE**
*Probation Form 35 (Termination of Supervised Release/Probation) is Attached*
**January 2, 2020**

Name of Offender: **Sebastian M. Paulin**

Case Number: **2:11CR00381**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **December 14, 2015**

Original Offense: **Distribution of a Controlled Substance Schedule II and Structuring Transactions to Evade Reporting Requirements**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **December 12, 2017**

## PETITIONING THE COURT

___✓___ : To terminate the term of supervision.

## CAUSE

The purpose of this report is to request an early termination of Sebastian M. Paulin's supervised release. By way of case history, Paulin was sentenced to 24 months imprisonment, followed by 60 months supervised release for the offense Conspiracy to Distribute a Controlled Substance. Paulin commenced supervised release in the District of Nevada on December 12, 2017. Paulin is expected to complete supervised release on December 11, 2020.

Pursuant to 18 U.S.C. § 3583(e)(1), the Court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4),(a)(5), (a)(6), and (a)(7) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, if the Court is satisfied that such action is warranted by the conduct of the person under supervision and is in the interest of justice.

The Guide to Judiciary Policy, Volume 8E, Chapter 3, has endorsed criteria for assessing whether an offender who satisfies the minimal statutory factors should be recommended for early termination: At 18 months, there is a presumption in favor of recommending early termination for persons who meet the following criteria: (1) The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 944(h)) or has not committed a sex offense or engaged in terrorism; (2) The person presents no identified risk of harm to the public or victims; (3) The person is free from any court-reported violations over a 12-month period; (4) The person demonstrates the ability to lawfully self-manage beyond the period of supervision; (5) The person is in substantial compliance with all conditions of supervision; and (6) The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

While on supervised release, Paulin has not incurred any arrests and/or documented negative contact with law enforcement. Paulin has a stable residence and is currently retired. Moreover, as previously reported to the Court, Paulin suffers from a debilitating medical condition. Paulin has satisfied his conditions of supervised release. Paulin appears to meet the criteria for early termination as endorsed by Guide to Judiciary Policy, Volume 8E, Chapter 3.

The United States Attorney's Office was notified of this recommendation via a memorandum dated December 23, 2019 and was given 10 days to file any written objections to early termination with our office. Assistant United States Attorney Susan Cushman responded and concurred with our recommendation.

To date, Paulin has served 24 months of the 36 months' supervised release ordered. The Probation Office has no reason to believe that he would return to criminal activity if terminated from supervision and respectfully recommends early termination be granted in this matter. If the Court agrees with our recommendation, we have attached a Probation form 35 for your signature. If your Honor has any additional questions or concerns regarding this matter, please feel free to contact the undersigned officer at (702) 527-7263.

Respectfully submitted,

Digitally signed by Kevin Rivera
Date: 2020.01.06
12:04:41 -08'00'

Kevin Rivera
United States Probation Officer Assistant

RE: **Sebastian M. Paulin**

Prob12B
D/NV Form
Rev. June 2014

Approved:

Todd J. Fredlund
2020.01.06
11:33:41 -08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

## *THE COURT ORDERS*

☑ Terminate supervised release.

☐ Other (please include Judicial Officer instructions below):

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

Signature of Judicial Officer

January 8, 2020
Date

PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                                Crim No. 2:11CR00381

Sebastian M. Paulin

On December 12, 2017 the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he/she be discharged from supervised release.

Respectfully submitted,

Kevin Rivera
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this   8th   day of   January  ,20 20

James C. Mahan
Senior United States District Judge